UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:24-mj-*188* |
| Plaintiff, | |
| vs. | SEALED AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT |
| LEWIS PATTERSON, III, | **REDACTED** |
| Defendant. | |

---

I, Alexander A. Besch, being duly sworn, do hereby state as follows:

1.    I am presently employed as a Special Agent with Homeland Security Investigations (HSI), RAC, Rapid City, South Dakota. I have been employed with HSI since May of 2023. As a Special Agent, I am responsible for investigating child exploitation, human trafficking, narcotics trafficking and investigating violations of statues relating to immigration and customs enforcement. I attended the Federal Law Enforcement Training Center and graduated from the Criminal Investigator Training Program and Homeland Security Investigations Special Agent Training Program. The training focused on legal instruction, narcotics investigations, human smuggling and trafficking, financial crimes, immigration law, and other federal violations of law, and offenses enumerated in Titles 18, 19, and 21 of the United States Code. Prior to being employed with HSI, I attended the University of Minnesota-Duluth, where I received a bachelor's degree in criminology and psychology.

2.      This Affidavit is based upon my personal knowledge, review of documents, discussions with other law enforcement officers, and information received from other sources. The information described in this Affidavit is being utilized to establish probable cause in support of issuing a criminal complaint and arrest warrant for Lewis Patterson, III. The basis for my belief is set forth below.

<u>PROBABLE CAUSE</u>
<u>BACKGROUND ON P2P FILE SHARING AND BIT TORRENT</u>

3.      I am aware that Peer to Peer (P2P) file sharing allows people using P2P software to download and share files with other P2P users using the same or compatible P2P software. P2P software is readily available on the Internet and often free to download. Internet connected devices such as computers, tablets and smartphones running P2P software form a P2P network that allow users on the network to share digital files. BitTorrent is one of many P2P networks. For a user to become part of the BitTorrent network, the user must first obtain BitTorrent software and install it on a device. When the BitTorrent software is running and the device is connected to the Internet, the user will be able to download files from other users on the network and share files from their device with other BitTorrent users.

4.      Users of the BitTorrent network wishing to share new content will use a BitTorrent program to create a "torrent" file for the file or group of files they wish to share. A torrent file is a small file that contains information about the file(s) and provides a method for a user to download the file(s) referenced in the

2

torrent from other BitTorrent users. Torrent files are typically found as the result of keyword searches on Internet sites that host or link to them. Torrent files may be referenced by their "infohash", which uniquely identifies the torrent based on the file(s) associated with the torrent file.

5.    To download file(s) from other users on the BitTorrent network, a user typically obtains a torrent file. The BitTorrent software processes the information in the torrent file and locates devices on the BitTorrent network sharing all or parts or the actual file(s) being sought. The download of the content referenced in the torrent is achieved after the requesting computer and the sharing computer(s) directly connect to each other through the Internet using the BitTorrent software.

<u>UNDERCOVER BITTORRENT INVESTIGATIONS:</u>

6.    I know that Special Agent Brian Freeouf, an agent with the South Dakota DCI Internet Crimes Against Children Task Force, uses an undercover computer and specialized ICAC software which utilizes the BitTorrent network. The software searches for users seeking known child pornography Torrent files. All Torrent Files and data sought by the ICAC software are publicly available on the BitTorrent network.

7.    It should be noted that the software used does not make a connection to a suspect computer every time the user is sharing child pornography. A connection will not be made if the suspect computer is sharing child pornography Torrent files which are not in the known child pornography Torrent database associated with the undercover software utilized by ICAC. It is

3

also unknown when the user originally possessed the child pornography because the software only makes a connection when the user's suspect computer is sharing the child pornography Torrent files over the BitTorrent network.

8.     The following are three instances where Agent Freeouf's continued undercover investigation has located a suspect computer on the BitTorrent network sharing child pornography Torrent files. The details of each connection and sole source download are included below:

9.     On Sunday, March 10, 2024, Agent Freeouf was conducting an online investigation on the BitTorrent network for offenders sharing child pornography. An investigation was initiated for a device at IP address 208.107.18.162, because it was associated with a torrent with the infohash: 881de34fb50941a360f3cc08c618147e5163c6b4. This torrent file references 4461 files, at least one of which was identified as being a file of investigative interest to child pornography investigations.

10.     Using a computer running investigative BitTorrent software, a direct connection was made to the device at IP address 208.107.18.162, hereinafter referred to as "Suspect Device". The Suspect Device reported it was using BitTorrent client software -qB3340- qBittorrent v3.3.4.

11.     On Sunday, March 10, 2024, between 3:59 AM and 4:11 AM, a download was successfully completed of the following 7 files that the device at IP address 208.107.18.162 was making available:

000002.AVI

000012.AVI

4

000014.AVI

000015.AVI

000020.AVI

000021.AVI

000029.AVI

12.     The device at IP Address 208.107.18.162 was the sole candidate for each of the 7 downloads, and as such, each file was downloaded directly from this IP Address.The following are descriptions of two of the seven files listed above:

**File:** 000012.AVI
**Category:** Child Abuse Material (CAM) - Illegal
**Video Length:** 00:01:01
**Comments:** This video starts with an approximately 10-12-year-old girl sitting naked on a chair. The camera zooms in on the girl's bare vagina.

**File:** 000020.AVI
**Category:** Child Abuse Material (CAM) - Illegal
**Video Length:** 00:02:11
**Comments:** This video starts with an approximately 10-12-year-old girl lying naked, on a blanket, in some tall grass. The video then zooms in for a close up of the girl's bare labia and anus. The video continues to zoom in and out from the girl's vagina to the rest of her naked body. The girl sits in different positions and poses throughout the video.

14.     On Sunday, March 10, 2024, Agent Freeouf was conducting an online investigation on the BitTorrent network for offenders sharing child pornography. An investigation was initiated for a device at IP address 208.107.18.162, because it was associated with a torrent with the infohash:

421c0ba32b67f584af5f28a203f023e6603d816a. This torrent file references 65 files, at least one of which was identified as being a file of investigative interest to child pornography investigations.

15. Using a computer running investigative BitTorrent software, a direct connection was made to the device at IP address 208.107.18.162, hereinafter referred to as "Suspect Device". The Suspect Device reported it was using BitTorrent client software -qB3340- qBittorrent v3.3.4.

16. On Sunday, March 10, 2024, between 4:17 AM and 4:25 AM, a download was successfully completed of the following 4 files that the device at IP address 208.107.18.162 was making available. The device at IP Address 208.107.18.162 was the sole candidate for each download, and as such, each file was downloaded directly from this IP Address:

LS Video - 11a.rar

LS Video - 24b.rar

LS Video - 27a.rar

readme.txt It should be noted the above listed files were in the format ".rar". This is an archived file format. The text file at the bottom had the passcode that was used to extract the data from the ".rar" files. The following is a description of one of the files listed above:

**File:** LS Video - 27a\LS Video\lsv-27a.mpg
**Category:** Child Abuse Material (CAM) - Illegal
**Video Length:** 00:10:17
**Comments:** This video shows an approximately 10-12-year-old girl dancing. She is wearing a tight white bunny style outfit with bunny ears on. There is no crotch on the outfit, but the girl is

6

wearing underwear at first. At approximately 56 seconds the girl removes her underwear and exposes her bare vagina throughout the rest of the video.

18.    On Wednesday, March 13, 2024, Agent Freeouf was conducting an online investigation on the BitTorrent network for offenders sharing child pornography. An investigation was initiated for a device at IP address 208.107.18.162, because it was associated with a torrent with the infohash: b9bc141fc772ad18605a3710c5d8312c3b50b086. This torrent file references 4461 files, at least one of which was identified as being a file of investigative interest to child pornography investigations.

19.    Using a computer running investigative BitTorrent software, a direct connection was made to the device at IP address 208.107.18.162, hereinafter referred to as "Suspect Device". The Suspect Device reported it was using BitTorrent client software -qB3340- qBittorrent v3.3.4.

20.    Between Wednesday, March 13, 2024, at 1:37 PM and Thursday, March 14, 2024, at 12:33 AM, a download was successfully completed of 144 files that the device at IP address 208.107.18.162 was making available. The 144 file names are not reproduced here, but are listed in Agent Freeouf's report detailing his investigation. The device at IP Address 208.107.18.162 was the sole candidate for the download, and as such, each of the 144 files was downloaded directly from this IP Address.

7

21.    The following is a description of two of the 144 files:

**File:** 002-3-17.mpg
**Category:** Child Abuse Material (CAM) - Illegal
**Video Length:** 00:00:29
**Comments:** This video shows an approximately 8-10-year-old girl naked in a field. The girl is lying on her side and continues to change poses throughout the video. The camera zooms in on the girl's bare vagina throughout the video.

**File:** 005-3-15.mpg
**Category:** Child Abuse Material (CAM) - Illegal
**Video Length:** 00:00:26
**Comments:** This video shows an approximately 8-10-year-old girl naked, outside, on a towel. She changes positions and poses throughout the video. Her bare vagina is exposed, and the camera zooms in on it when she does a back bridge up.

22.    I am also aware that there were at least two other South Dakota DCI Agents within the state who also connected and downloaded child pornography from a computer at the same IP address referenced herein, using the BitTorrent network undercover software.

23.    All of the above-referenced downloads were from IP address 208.107.18.162. Through our investigation, law enforcement agents were able to identify this IP address as being owned and serviced by Midcontinent Communications.

24.    On March 13, 2024, Agent Freeouf submitted a Pennington County grand jury subpoena to Midcontinent Communications. The company responded with the following information:

Name: Susan Patterson
Address: [ADDRESS REDACTED], Rapid City, SD 57703

8

Phone: 605-393-0679
SSN#: [SSN REDACTED]

25. This information was given to DCI Criminal Analyst Stephanie Bonesteel for an intelligence report. The following is the information she located in reference Susan Patterson and the address listed above:

Name: Susan Patterson
DOB: [DOB REDACTED]
Address: [ADDRESS REDACTED], Rapid City, SD 57703
OLN: 00190415
SSN: [SSN REDACTED]
Issued Date: 10-21-2021
Expiration Date: 10-25-2026
Phone: (605)393-0679

26. Law enforcement was able to determine the following information for another resident at[ADDRESS REDACTED], Rapid City, SD 57703:

Name: Lewis James Patterson III
DOB: [DOB REDACTED]
Address: [ADDRESS REDACTED], Rapid City, SD 57703
OLN: 01060713
SSN: [SSN REDACTED]
Issued Date: 12-02-2022
Expiration Date: 09-12-2027
Phone: (605)219-6790
Email: lewis57703@gmail.com

27. Law enforcement learned Lewis Patterson, III has a 2007 arrest for aggravated assault - domestic violence involving him threatening to use a knife to cut up his family members for telling him what to do on Christmas Day.

28. It should be noted that, through an ICAC specific website, the same IP address referenced herein was seen utilizing the "Freenet" network to request

files suspected to be child pornography. Freenet is a peer-to-peer platform of censorship-resistant, anonymous communication. It uses a decentralized distributed data store to keep and deliver information. Freenet is also most often utilized by uses with more extensive computer knowledge than the average user. Even though these observations were made, Agent Freeouf did not take the steps to verify this information by using the manifest keys and downloading the files to verify they contained child pornography.

29.    Agent Freeouf has advised me that within a period of 30 days in 2024, a user from the above-referenced IP address requested to download 21,312 different files of interest which are possibly associated with child pornography. The following are some the file names:

- 10yohornyAndreaHD.mp4
- Luba8yo2.mp4
- Cute12yojerkfuriouslyandcum.mp4.

30.    On October 29, 2024, federal and local law enforcement agents executed a search warrant on Lewis Patterson, III's (hereinafter Patterson) residence on [ADDRESS REDACTED] in Rapid City.

31.    Patterson declined to speak with agents without a lawyer present, but before he was advised of the nature of the investigation, asked a question to the effect of, "are you taking me to jail now or later?"

32.    Inside the residence, agents located multiple electronic devices, including computers and hard drives. 33 devices were seized pursuant to the warrant.

33.    Law enforcement agents performed on-scene triage of the desktop computer in Patterson's bedroom. The computer was turned on and running, without a passcode. Patterson's expired South Dakota identification card was taped to the outside of the computer. Although only approximately ten per cent of the computer's memory was triaged, the on-scene review of computer files established the presence of child sexual abuse material, or child pornography, on the computer.

34.    Furthermore, plainly visible on the desktop of the computer were a series of user created folders depicting three files. One of images depicts the bare vagina of a juvenile female who is masturbating. The minor's face is not visible in the image. Based on my training and experience, I believe this image falls within the definition of child pornography, as that term is defined in 18 U.S.C. § 2256(8).

35.    The other two images depict close up views of the nude vaginas of an unknown female or females, who appear to be between 11 and 13 years of age. Based on my training and experience, I believe the images depict child pornography, as that term is defined in 18 U.S.C. § 2256(8). The faces of the females are not visible in the images.

36.    Patterson had Excel spreadsheets open on the desktop. These spreadsheets appear to be a ledger for outstanding payments and payment received for files that were being sold to other users. File names on line items on the ledger were recognized by agents on scene as indicative of child sexual abuse

11

materials. For example, one of the file names in the ledger is "Siberian mouse," which is a known series of child sexual abuse material and child erotica.

37.    The spreadsheet also contains crypto codes, which indicate that Patterson is receiving payments in cryptocurrency, like Bitcoin. Dollar values observed in the ledger ranged from $35 to $1000 per file.

38.    Patterson's desktop computer had multiple internet browser tabs open. Some of the tabs showed Patterson was actively viewing multiple Instagram profiles of juvenile females aged 13 and younger. Each of the profiles were of minor females, most of them depicted young girls dressed in dance leotards.

39.    Based on the above information and my training and experience, I respectfully submit there is probable cause to conclude that on or about between March 10, 2024, and October 29, 2024, in the District of South Dakota, the defendant, Lewis Patterson, III, knowingly distributed any visual depiction, using any means or facility of interstate and foreign commerce, and the defendant, Lewis Patterson, III, knew the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and the defendant, Lewis Patterson, III, knew the visual depiction was of such conduct, all in violation of 18 U.S.C. § 2252A(a)(2)(A).

40.    I further submit there is probable cause to believe that on or about between March 10, 2024, and October 29, 2024, in the District of South Dakota, the defendant, Lewis Patterson, III, knowingly possessed material that contained an image of child pornography that had been transported in interstate and

foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2252A(a)(5)(B).

*Warrant Request*

41.     Based on the above-mentioned information, I respectfully request this Court to issue an arrest warrant for Lewis Patterson, III.

Dated this 29th day of October, 2024.

_____
Alex Besch, Special Agent
Homeland Security Investigations

Sworn to before me and:
☑  signed in my presence.
☐  submitted, attested to, and acknowledged by reliable electronic means

this  29  day of October, 2024.

_____
Daneta Wollmann
United States Magistrate Judge

13